# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIANT EAGLE, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
|   v. | : | |
| | : | |
| EASTERN MUSHROOM MARKETING | : | |
| COOPERATIVE, et al., | : | No. 06-3523 |
|     Defendants. | : | |

___

| | | |
|---|---|---|
| PUBLIX SUPER MARKETS, INC., | : | |
|     Plaintiff, | : | CIVIL ACTION |
|   v. | : | |
| | : | |
| EASTERN MUSHROOM MARKETING | : | |
| COOPERATIVE, et al., | : | No. 06-932 |
|     Defendants. | : | |

## ORDER

**AND NOW**, this **21st** day of **February 2020**, it is **ORDERED** that the attached Memorandum supplements this Court's Order of February 14, 2020 denying Certain Defendants' Motion in Limine to Preclude Testimony and Evidence Regarding Defendants' Supply Control Campaign.

BY THE COURT:

_____
**Berle M. Schiller, J.**